# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TERRY HOLLIS, JR.,          )
                            )
        Plaintiff,       )    Case No. 2:16-cv-02663-JAD-GWF
                            )
vs.                       )
                            )    **ORDER**
NORTH LAS VEGAS POLICE    )
DEPARTMENT, *et al.*,       )
                            )
        Defendants.     )

      This matter is before the Court on Cal J. Potter, III, Esq. and Cal J. Potter, IV, Esq's Motion to Withdraw as Counsel (ECF No. 23), filed on June 22, 2017. Defendants North Las Vegas Police Department and Officer Paul Menteuful filed their Non-Opposition (ECF No. 26) on July 7, 2017.

      Counsel for Plaintiff requests withdrawal as attorneys of record and for a stay of discovery to allow Plaintiff the opportunity to obtain new counsel. The movant substantially establishes good cause for the withdrawal and the Court will grant a 30 day stay of discovery that will automatically lift on **August 10, 2017** to allow Plaintiff to retain new counsel. Accordingly,

      **IT IS HEREBY ORDERED** that Cal J. Potter, III, Esq. and Cal J. Potter, IV, Esq's Motion to Withdraw as Counsel (ECF No. 23) is **granted**.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket:

**TERRY HOLLIS, #21600782**
**KING COUNTY JAIL**
**500 FIFTH STREET**
**SEATTLE, WA 98104**

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendant with a copy of this order at his last known addresses listed above.

**IT IS FURTHER ORDERED** that discovery in this matter is stayed until **August 10, 2017.**

DATED this 10th day of July, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge