# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY HOLLIS, JR., | ) |
| Plaintiff, | ) Case No. 2:16-cv-02663-JAD-GWF |
| vs. | ) |
| NORTH LAS VEGAS POLICE DEPARTMENT, *et al.*, | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court on Defendants North Las Vegas Police Department and Officer Paul Manteuful's Motion for Leave to Take Deposition of an Incarcerated Person (ECF No. 27), filed on July 7, 2017.

Defendants request leave to take Plaintiff's deposition who is currently incarcerated at the King County Correctional Facility located in Seattle, Washington pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. Rule 30(a)(2) requires a party to seek leave of court to depose an incarcerated individual. The Court finds that Defendants have established good cause to grant its motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendants North Las Vegas Police Department and Officer Paul Manteuful's Motion for Leave to Take Deposition of an Incarcerated Person (ECF No. 27) is **granted**.

DATED this 11th day of July, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge