# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY HOLLIS, JR., <br>     Plaintiff, <br> vs. <br> NORTH LAS VEGAS POLICE DEPARTMENT, *et al.*, <br>     Defendants. | Case No. 2:16-cv-02663-JAD-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion to Stay Discovery (ECF No. 24), filed on June 22, 2017. On July 10, 2017, the Court entered an Order granting Plaintiff's counsel's Motion to Withdraw (ECF No. 23). *See Order* (ECF No. 28). Therein, the Court also stayed discovery until August 10, 2017, which in effect granted Plaintiff's motion for a stay. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Discovery (ECF No. 24) is **granted** pursuant to the Court's July 10, 2017 Order (ECF No. 28).

DATED this 17th day of August, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge