# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERRY HOLLIS, JR.,

    Plaintiff,

vs.

NORTH LAS VEGAS POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:16-cv-02663-JAD-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Extend Dispositive Motions Deadline (ECF No. 33), filed on October 30, 2017.

Defendants request that the dispositive motion deadline, which is currently set for November 27, 2017, be extended by 60 days. Defendants do not indicate whether Plaintiff opposes this request. At this time, the Court will grant a 30-day extension of the dispositive motion and joint pretrial order deadlines. The Court will consider granting a further 30-day extension once Plaintiff has had an opportunity to respond and state whether he has any objections to Defendants' request. If Plaintiff does not have an objection, the parties may file a stipulation for an extension of the dispositive motion and joint pretrial order deadlines. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Dispositive Motions Deadline (ECF No. 33) is **granted**, in part, as follows:

1. Last date to file dispositive motions: **December 27, 2017**

. . .

. . .

. . .

2. Last date to file joint pretrial order: **January 26, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 31st day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge